Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino Del Rio South, Suite 308
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, on behalf of himself and others, | Case No.: 3:22-cv-01492-L-MSB |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF SETTLEMENT |
| PAPA JOHN'S INTERNATIONAL, INC., | |
| Defendant. | |

1

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the parties have settled this case individually.

The parties request to be excused from all currently scheduled deadlines and appearances.

A motion to dismiss, or other document to that effect, will be filed within forty-five days.

Date: April 29, 2024

Respectfully submitted,

LAW OFFICE OF DANIEL G. SHAY

By: s/ Daniel G. Shay
Daniel G. Shay, Esq.
2221 Camino Del Rio South, Suite 308
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiff*